Teresa C. Chow (SBN 237694)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA  90067-4301
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:        tchow@bakerlaw.com

*Attorney for Defendant*
European Wax Center, Inc.

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY DUNN, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>      v.<br><br>EUROPEAN WAX CENTER, INC.,<br><br>      Defendant. | Case No.: 4:25-cv-05494-JST<br><br>**JOINT STATUS REPORT**<br><br>Action Filed:      6/30/25<br>Initial CMC:      10/9/25 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Plaintiff Sydney Dunn and Defendant European Wax Center, Inc., by and through their undersigned counsel, and pursuant to the Court's September 30, 2025, Order (ECF No. 39), hereby jointly provide the Court with an update on the status of the parties' settlement discussions:

The parties' settlement negotiations remain active, and the parties continue to work cooperatively.  As part of that negotiation, the Parties have scheduled a mediation for February 19, 2026, with Marc Isserles. The parties remain hopeful that they can reach a settlement and will continue to engage in settlement discussions up to the date of the mediation.

The parties jointly request that the stay remain in place until the end of February 2026, and the Court require the parties to file another status report, as the Court sees fit, on February 27, 2026. If the parties reach a settlement before the next status report deadline, the parties will promptly notify the Court.

Dated:  December 22, 2025

**BAKER & HOSTETLER LLP**

By:    */s/ Teresa C. Chow*
Teresa C. Chow (SBN 237694)

*Attorney for Defendant*
EUROPEAN WAX CENTER, INC.

Dated:  December 22, 2025

**BURSOR & FISHER, P.A.**

By:    */s/ Sarah N. Westcot*
Sarah N. Westcot (SBN 264916)
Stephen A. Beck (*pro hac vice* forthcoming)

*Attorneys for Plaintiff*
SYDNEY DUNN

**ATTESTATION**

Pursuant to Civ. L.R. 5-1(i)(3), the undersigned hereby attests that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in the Stipulation's content and have authorized its filing.

*/s/ Teresa C. Chow*
Teresa C. Chow

- 2 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

## CERTIFICATE OF SERVICE

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1900 Avenue of the Stars, Suite 2700, Los Angeles, CA 90067. On December 22, 2025, I served a copy of the within document(s):

### JOINT STATUS REPORT

| ☑ | **CM/ECF:** I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served through the Court's CM/ECF system, which will send notification of this filing to all registered CM/ECF users listed below. |
|---|---|

Sarah N. Westcot (State Bar No. 264916)          *Attorneys for Plaintiff*
**BURSOR & FISHER, P.A.**                         SYDNEY DUNN
701 Brickell Avenue, Suite 2100
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email: *swestcot@bursor.com*

| ☑ | **VIA U.S. MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. |
|---|---|

Stephen A. Beck (*pro hac vice* forthcoming)     *Attorneys for Plaintiff*
BURSOR & FISHER, P.A.                             SYDNEY DUNN
701 Brickell Avenue, Suite 2100
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email: *sbeck@bursor.com*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on December 22, 2025, at Los Angeles, California.

*/s/ Jasmine Saucedo*
Jasmine Saucedo

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -