**BURSOR & FISHER, P.A.**
Sarah N. Westcot (State Bar No. 264916)
701 Brickell Avenue, Suite 2100
Miami, FL 33133
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: swestcot@bursor.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY DUNN, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EUROPEAN WAX CENTER, INC.,<br><br>Defendant. | Case No. 4:25-CV-05494-JST<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**,

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Sydney Dunn hereby voluntarily dismisses all claims asserted against Defendant European Wax Center, Inc., without prejudice. Each party shall bear its own costs.

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 4:25-CV-05494-JST

Dated: February 27, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:    */s/ Sarah N. Westcot*
          Sarah N. Westcot

Sarah N. Westcot (SBN 264916)
701 Brickell Avenue, Suite 2100
Miami, FL 33133
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: swestcot@bursor.com

*Counsel for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 4:25-CV-05494-JST

1